# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: SMITH, Clarence L.  Cr.: 16-00296-001
PACTS #: 10972

Name of Sentencing Judicial Officer:  THE HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/21/2017

Original Offense:  Bank Robbery

Original Sentence: 40 months imprisonment; 36 months supervised release; $5,628.24 restitution; $100 special assessment

Special Conditions: 1) alcohol and drug testing/treatment; 2) mental health treatment; 3) debt monitoring; 4) 40 hours community service (modified); and 5) one-month community confinement (modified)

Type of Supervision: Supervised Release  Date Supervision Commenced: 04/27/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy the restitution obligation. |

**U.S. Probation Officer Action:** The Probation Office recommends the case expire as scheduled since the restitution order remains imposed as a final judgement and the Financial Litigation Unit of the United States Attorney's Office will continue to pursue collections.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Joseph Empirio*

By:  JOSEPH EMPIRIO
Senior U.S. Probation Officer

/ jae

APPROVED:

_____  04/06/2021
DONALD L. MARTENZ, JR.           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time and Case to Expire as Scheduled *(recommended by the Probation Office)*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

                                 6/3/21
_____
                                 Date